IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

NOV 10 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-30174-GPM** |
| ) | |
| **SAMUEL H. JUMPER,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Marco Dean posted $2,000.00 cash as security for defendant Jumper's bond. **(Doc. 31).**

Upon posting of $2,000.00 from attorney Ronald E. Jenkins as security for defendant Jumper's bond, the Clerk of Court shall release the $2,000.00 posted by Marco Dean.

**IT IS SO ORDERED.**

DATED: November 10, 2005

CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE